# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEREMY MICHAEL KEIPER,

    Plaintiff,

    v.

COUNTY OF RIVERSIDE SHERIFF'S DEPARTMENT, et al.,

    Defendants.

Case No. ED CV 17-845-DSF (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. No party has filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that defendants' Motion to Dismiss (docket no. 13) is denied in large part, except that plaintiff may not recover mental or emotional damages based on the allegations in the Complaint as currently pled. Plaintiff is granted leave to amend to file a First Amended Complaint within thirty days from the issuance of this Order, if he chooses to do so. If plaintiff does not file a First Amended Complaint within the time permitted, defendants are ordered to answer the Complaint within forty-five days of this Order.

DATED: 3/23/18

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE